Maria Burkhardt, appellee, v. East St. Louis Rendering Company, appellant.

Action for personal injuries.    Judgment for plaintiff.    Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed. Opinion filed February 17, 1926.

Pope & Driemeyer, for appellant.    Beasley & Zulley, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

Gaerdner & Company, appellee, v. Louis Kalkbrenner, appellant.

Trial of right of property.    Judgment for plaintiff.    Appeal from the County Court of St. Clair county; the Hon. W. R. Weber, Judge, presiding.    Heard in this court at the October term, 1925.    Affirmed. Opinion filed February 17, 1926.

E. W. Kreitner, for appellant.    Louis E. Wangelin, for appellee.

---

Josephine Oulvey, defendant in error, v. Harvey S. Converse and Fannie Converse, plaintiffs in error.

Assumpsit upon promissory note.    Judgment for plaintiff.    Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding.    Heard in this court at the October term, 1925. Affirmed.    Opinion filed February 17, 1926.

W. E. Knowles, for plaintiffs in error.    C. E. Pope and H. F. Driemeyer, for defendant in error.

Mr. Justice Higbee delivered the opinion of the court.

---

Edith White Tanner, appellee, v. Hammond E. White, appellant.

Bill for divorce.    Decree modifying former decree as to custody of infant child.    Appeal from the Circuit Court of Marion county; the Hon. John W. Preihs, Judge, presiding.    Heard in this court at the October term, 1925.    Reversed and remanded with directions.    Opinion filed February 17, 1926.

Charles H. Holt, for appellant.    James Lingle, for appellee.

Mr. Justice Higbee delivered the opinion of the court.